NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BILL OF LADING TRANSMISSION AND PROCESSING SYSTEM PATENT LITIGATION

---

**R+L CARRIERS, INC.,**
*Plaintiff-Appellant,*

v.

**PITT OHIO EXPRESS, INC.,**
*Defendant-Appellee.*

---

2012-1471

---

Appeal from the United States District Court for the Southern District of Ohio in case nos. 09-MD-2050 and 10-CV-0090, Senior Judge Sandra S. Beckwith.

---

## ON MOTION

---

## ORDER

R+L Carriers, Inc. moves to withdraw Troy S. Prince and substitute Stephen J. Butler as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

R+L CARRIERS, INC. V. PITT OHIO EXPRESS                                    2

The motion is granted. Stephen J. Butler should promptly file an entry of appearance.

FOR THE COURT

SEP 25 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Anthony C. White, Esq.
     Gretchen Lee Jankowski, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 25 2012

JAN HORBALY
CLERK